*1204 516 U. S. 1172;
ante, p. 1120;
ante, p. 1105;
516 U. S. 1051;
516 U. S. 1125;
ante, p. 1106;
ante, p. 1106;
516 U. S. 1161;
516 U. S. 1176;
516 U. S. 1177;
ante, p. 1106;
516 U. S. 1177;
516 U. S. 1178;
516 U. S. 1178;
516 U. S. 1149;
*1205 No. 95-7538.
No. 95-7564.
No. 95-7605.
No. 95-7638.
No. 95-7658.
No. 95-7712.
No. 95-7714.
No. 95-7722.
No. 95-7772.
No. 95-7785.
No. 95-7789.
No. 95-7878.
No. 95-7881.
No. 95-7934.
No. 95-8120.
No. 95-8164.
516 U. S. 1170;
ante, p. 1107;
516 U. S. 1163;
ante, p. 1109;
ante, p. 1109;
516 U. S. 1180;
ante, p. 1123;
516 U. S. 1180;
516 U. S. 1180;
ante, p. 1124;
ante, p. 1110;
ante, p. 1143;
ante, p. 1124;
516 U. S. 1183;
ante, p. 1126; and
ante, p. 1127. Petitions for rehearing denied.